### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| EASTERN MAINE ELECTRIC COOPERATIVE INC., | ) ) ) |
| Plaintiff, | ) ) ) Docket no. 1:14-cv-493-NT |
| v. | ) ) |
| FIRST WIND HOLDINGS LLC, et al., | ) ) ) |
| Defendants | |

### ORDER AFFIRMING THE RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On April 29, 2015, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The action is hereby **DISMISSED** for lack of jurisdiction and the case is **REMANDED** to the Maine Superior Court.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 22th day of May, 2015.